**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

Alexandria Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA | No. 1:90-cr-102 |
| v. | |
| THEODORE HENDERSON III, | |
| *Defendant*. | |

## UNITED STATES' MOTION TO DISCLOSE PSR

The United States, by and through undersigned counsel, asks this Honorable Court for entry of an order unsealing the defendant's Presentence Report to defense counsel handling the defendant's motion for a sentence reduction. The United States makes extensive reference to the PSR in its opposition and disclosure would allow defense counsel to review the materials for purposes of filing a reply.

Respectfully submitted,

Jessica D. Aber
United States Attorney


 /s/
Philip Alito
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/
Philip Alito
Assistant United States Attorney