**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 1:90-cr-102 |
| v. | |
| THEODORE HENDERSON III, | |
| *Defendant*. | |

**ORDER**

This matter having come before the Court on the United States' motion to disclose the Presentence Report, and the Court having concluded that the United States has shown good cause therefore, it is hereby

ORDERED that the government is permitted to disclose the Presentence Report to defense counsel handling the defendant's motion for a sentence reduction.

_____
The Honorable Claude M. Hilton
United States District Judge

Date: _____
       Alexandria, Virginia